# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **TEXAS IP RESEARCH, LLC,** § <br> *Relator*, § <br> § <br> v. § <br> § <br> **KLIPSCH GROUP, INC., et al.,** § <br> *Defendants*. § <br> § <br> § | **Civil Action No. 5:11-cv-00051** <br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS BETWEEN TEXAS IP RESEARCH, LLC AND KLIPSCH GROUP, INC., MATROX ELECTRONICS SYSTEMS LTD., MATROX INTERNATIONAL CORP., MICRO-STAR INTERNATIONAL CO., LTD. AND MSI COMPUTER CORP

In consideration of Relator's filing of a Notice of Voluntary Dismissal Without Prejudice before an answer or motion for summary judgment has been filed by defendants Klipsch Group, Inc., Matrox Electronics Systems Ltd., Matrox International Corp., Micro-Star International Co., Ltd. and MSI Computer Corp., the Court hereby dismisses all claims against this defendant WITHOUT PREJUDICE, with each party to bear their own costs, expenses, and attorney's fees.

**SIGNED this 28th day of June, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE